1   Ryan Adair Shannon (Or. Bar No. 155537)
    Center for Biological Diversity
2   2009 NE Alberta St., Suite 207
3   Portland, OR 97211
    Phone: (503) 283-5474 ext. 407
4   Email: rshannon@biologicaldiversity.org
    *Pro Hac Vice*
5

6   Brian Segee (Cal. Bar No. 200795)
    Center for Biological Diversity
7   660 S. Figueroa Street, Suite 1000
    Los Angeles, CA 90017
8   Phone: (805) 750-8852
9   Email: bsegee@biologicaldiversity.org
    *Pro Hac Vice*
10

11  *Attorneys for Plaintiff*

12              **IN THE UNITED STATES DISTRICT COURT**
13              **FOR THE DISTRICT OF ARIZONA**
                **TUCSON DIVISION**
14

15

16  Center for Biological Diversity, a non-
    profit organization,                          **Case No.: CV-00404-TUC-JGZ**
17

18          Plaintiff,
                                                   **AFFIDAVIT OF SERVICE**
19          v.

20
    Ryan Zinke, in his official capacity as
21  Secretary of the Interior; U.S. Fish and
    Wildlife Service,
22

23          Defendants.

24

25          I respectfully certify that service for the above captioned case took place as

26  described below, which included true and correct copies of each of the following

27  documents:

28

---

Affidavit of Service                                                         Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ECF 1          Complaint
ECF 1-1        Civil Cover Sheet
ECF 2          Corporate Disclosure Statement
ECF 4          Notice of Right to Consent to a Magistrate Judge
ECF 5 – 5-3    Issued Summons
ECF 6          Notice of Mandatory Initial Discovery Pilot Project

On August 20, 2018, the above listed documents were sent by certified mail, return receipt requested, to the following parties:

Ryan Zinke, Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, DC 20240-0001

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

Civil Process Clerk
United States Attorney's Office
District of Arizona, Tucson
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The U.S. Attorney's office, Tucson, received the documents on August 20, 2018. Secretary Zinke received the documents on August 27, 2018. The U.S. Fish and Wildlife Service and Attorney General received the documents on August 28, 2018.  Receipts and delivery confirmation are attached as Exhibit A.


Respectfully submitted this 12th day of September, 2018.

                          /s/ Ryan Adair Shannon
                          Ryan Adair Shannon (Or. Bar. No. 155537)
                          Center for Biological Diversity

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2009 NE Alberta St., Suite 207
Portland, OR 97211
T: (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org
*Pro Hac Vice*

*/s/ Brian Segee*
Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
T: (805) 750-8852
bsegee@biologicaldiversity.org
*Pro Hac Vice*

*Attorneys for Plaintiff*

Affidavit of Service

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on September 12, 2018, I served the foregoing Affidavit of

3 Service and attached certified mail receipts by first class mail on the following parties:

4
        Ryan Zinke, Secretary
5       U.S. Department of Interior
        1849 C Street, NW
6       Washington, DC 20240-0001

7       U.S. Fish and Wildlife Service
        1849 C Street, NW
8       Washington, DC 20240

9
        Civil Process Clerk
10      United States Attorney's Office
        District of Arizona, Tucson
11      405 W. Congress Street, Suite 4800
        Tucson, AZ 85701-5040
12

13      Attorney General
        U.S. Department of Justice
14      950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001
15

16

17
     Dated: September 12, 2018              */s/ Ryan Adair Shannon*
18

19

20

21

22

23

24

25

26

27

28

Affidavit of Service                                                    Page 4