JEAN E. WILLIAMS,
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
SARAH J. SHEFFIELD, Trial Attorney
HI Bar Number 10415
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0211
Facsimile: (202) 305-0275
Email: sarah.sheffield@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Center for Biological Diversity, | ) | CASE NO. 4:18-cv-000404-TUC-JGZ |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS' UNOPPOSED** |
| | ) | **MOTION FOR STAY OF** |
| v. | ) | **ADMINISTRATIVE RECORD** |
| | ) | **DEADLINE IN LIGHT OF LAPSE OF** |
| David Bernhardt, in his official | ) | **APPROPRIATIONS** |
| capacity as Acting Secretary of the | ) | |
| Department of Interior; U.S. Fish and | ) | |
| Wildlife Service, | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR STAY OF RECORD DEADLINE                                                                                 1
*Center for Biological Diversity v. Zinke*, 4:18-cv-00404-TUC-JGZ

Pursuant to Local Rule 7.3, the United States of America hereby moves for a stay of the January 18, 2019 administrative record deadline in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including Defendants, the United States Department of Interior and the United States Fish and Wildlife Service ("FWS"). The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of FWS are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the January 18, 2019 deadline for Defendants to file the administrative record until Congress has restored appropriations to the Department. *See* ECF No. 15.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice and Defendant agencies. Defendants propose that, within one week of restoration of appropriations, Defendants will confer with Plaintiff and will file a new schedule for the administrative record deadline.

5. Currently, Defendants do not anticipate that the lapse of appropriations will affect any other deadlines, but will reevaluate this determination, in consultation with

Plaintiff, as time goes on. If the lapse in appropriations extends through January, the parties may need to file an additional request to stay the current briefing schedule.

6. This is Defendants' first request for extension of time for any filing in this case.

7. Opposing counsel has authorized counsel for the Government to state that Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the administrative record deadline in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 9, 2019

    Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Sarah J. Sheffield*
SARAH J. SHEFFIELD
Trial Attorney HI Bar Number 10415
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phone: (202) 305-0211
Fax: (202) 305-0275

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                         */s/ Sarah J. Sheffield*
                                         Sarah J. Sheffield