IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ryan Zinke, et al.,<br><br>　　　　Defendants. | No. CV-18-00404-TUC-JGZ<br><br>**ORDER** |

On January 11, 2019, the Court granted Defendants' Unopposed Motion for Stay of Administrative Record Deadline in Light of Lapse of Appropriations and directed the parties to file a new schedule after restoration of appropriations. (Doc. 17.) In light of the restoration of appropriations, the parties submitted a Revised Schedule. (Doc. 18.) Upon consideration of the Parties' Revised Schedule (Doc. 18),

　　IT IS ORDERED that the stay of this proceeding is lifted.

　　IT IS FURTHER ORDERED that the following deadlines shall govern this action:

1. Defendants shall have until **March 1, 2019** to file the administrative record.
2. Plaintiff shall have until **April 12, 2019** to file a motion to strike or supplement the administrative record.
3. If no motion to strike or supplement the administrative record is filed, Plaintiff shall have until **June 7, 2019** to file a motion for summary judgment, limited to 35 pages.

4. Defendants shall have until **July 12, 2019** to file a combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment, limited to 35 pages.

5. Plaintiff shall have until **August 16, 2019** to file a combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment, limited to 20 pages.

6. Defendants shall have until **September 13, 2019** to file a reply in support of cross-motion for summary judgment, limited to 20 pages.

If Plaintiff files a motion to strike or supplement the administrative record, then the parties shall propose a record briefing schedule, and the summary judgment briefing schedule will be stayed until resolution of the record motion. Within seven days after resolution of any administrative record motion, the Parties shall file a proposed merits briefing schedule.

Dated this 1st day of February, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge