JEAN E. WILLIAMS,
Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
TAYLOR A. MAYHALL, Trial Attorney
MN Bar. No. 0400172
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-3796
Facsimile: (202) 305-0275
Email: taylor.mayhall@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:18-cv-00404-TUC-JGZ |
| ) | |
| v. ) | **JOINT STIPULATION REGARDING** |
| ) | **ATTORNEYS' FEES AND COSTS** |
| Debra Haaland, in her official capacity ) | |
| as Secretary of the United States ) | |
| Department of the Interior; U.S. Fish ) | |
| and Wildlife Service, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This Stipulation Regarding Attorneys' Fees and Costs ("Stipulation") is entered into by and between Plaintiff Center for Biological Diversity and Defendants Debra Haaland, in her official capacity as the U.S. Secretary of the Department of the Interior, and the U.S. Fish and Wildlife Service ("FWS") (collectively, "Defendants"), who, by and through their undersigned counsel, state as follows:

WHEREAS, in 2003, the Plaintiff filed a petition pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. § 1533(b)(3)(A), requesting that FWS list the lower Colorado River roundtail chub distinct population segment ("roundtail chub DPS") as threatened or endangered;

WHEREAS, FWS proposed to list the roundtail chub DPS as a threatened species under the ESA in 2015. 80 Fed. Reg. 60,754 (Oct. 7, 2015);

WHEREAS, on April 7, 2017, FWS issued a final rule withdrawing its proposed rule to list the roundtail chub DPS due to a taxonomic revision. 82 Fed. Reg. 16,982 (Apr. 7, 2017) ("Final Rule");

WHEREAS, by letter dated May 7, 2018, as required by 16 U.S.C. § 1540(g)(2)(C), Plaintiff provided the Secretary with 60 days' notice of its intent to file a complaint to challenge the Final Rule;

WHEREAS, on August 15, 2018, Plaintiff filed its complaint in this case challenging under the ESA and the Administrative Procedure Act the Final Rule as arbitrary and capricious (ECF No. 1);

WHEREAS, on September 27, 2019, the parties concluded summary judgment briefing;

WHEREAS, on March 31, 2021, this Court granted Plaintiff's motion for summary judgment, denied Defendants' motion for summary judgment, vacated the Final Rule, and ordered FWS to promptly commence a status review of the roundtail chub DPS and issue a 12-month finding by March 31, 2022 and, if listing is warranted, issue a final rule in accordance with 16 U.S.C. § 1533(b)(6) (ECF No. 39);

Joint Stip. Regarding Attorneys' Fees and Costs                                          1
*Center for Biological Diversity v. Haaland*, 4:18-cv-00404-TUC-JGZ

WHEREAS, on March 31, 2021, this Court entered judgment in favor of Plaintiff (ECF No. 40);

WHEREAS, Defendants did not appeal the Court's judgment; and

WHEREAS, the parties have negotiated a settlement regarding attorneys' fees and costs that they agree is a fair and adequate resolution of the outstanding fee claims in this case;

THEREFORE, in the interests of the public, the parties, and judicial economy, Plaintiff and Defendants stipulate and agree as follows:

1. Defendants agree to pay, and Plaintiff agrees to accept, $83,750 in full and complete satisfaction of any and all claims, demands, rights, and causes of action for attorneys' fees and costs incurred by Plaintiff in connection with the litigation pursuant to the ESA, 16 U.S.C. § 1540(g), and/or any other statute and/or common law theory, through and including the effective date of this Stipulation. Plaintiff agrees that receipt of this payment from Defendants shall operate as a release of Plaintiff's claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

2. Within 10 business days after the Court's approval of this Stipulation, Plaintiff will provide to Defendants all necessary information to effectuate the payment set forth in Paragraph 1. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fees award to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of the receipt of the necessary information from Plaintiff. Plaintiff's attorneys agree to send confirmation of the receipt of the payment to counsel for Defendants within fourteen (14) business days of such payment.

3. Plaintiff's release set forth in paragraph 1 is expressly limited to the above-captioned action and does not apply to any other litigation. By this Stipulation, Defendants do not waive any right to contest attorneys' fees claimed by Plaintiff, or Plaintiff's counsel, including hourly rates, in any future litigation. Further, this Stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

4. This Stipulation is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. It does not represent an admission, by any party, to any fact, claim, or defense concerning any issue in this case.

5. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

6. This document sets forth the entire Stipulation of Plaintiff and Defendants for the settlement of the request for attorneys' fees, costs, and expenses. All previous understandings, agreements, stipulations, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulation, are fully and completely extinguished and superseded by this Stipulation. No modification of this Stipulation shall be valid unless expressly consented to in writing by Plaintiff and Defendants.

7. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the terms and conditions of this Stipulation and do hereby agree to the terms herein. Further, each party, by and through its undersigned representative, represents and warrants that it has the legal power and authority to enter into this Stipulation and bind itself to the terms and conditions contained in this Stipulation.

8. The terms of this Stipulation shall become effective upon entry of an Order by the Court ratifying the Stipulation.

Dated: June 10, 2021                               Respectfully submitted,

                                        By:     /s/ Ryan Adair Shannon
                                                Ryan Adair Shannon (Oregon Bar. No. 155537)
                                                *Pro Hac Vice*
                                                Center for Biological Diversity
                                                2009 NE Alberta St., Suite 207
                                                Portland, OR 97211
                                                T: (503) 283-5474 ext. 407

Joint Stip. Regarding Attorneys' Fees and Costs                                                3
*Center for Biological Diversity v. Haaland*, 4:18-cv-00404-TUC-JGZ

1
rshannon@biologicaldiversity.org

2
Brian Segee (Cal. Bar No. 200795)
*Pro Hac Vice*
3
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
4
Los Angeles, CA 90017
5
T: (805) 750-8852
bsegee@biologicaldiversity.org
6
*Attorneys for Plaintiff*
7

8 Dated: June 10, 2021                Respectfully Submitted,

9
JEAN E. WILLIAMS,
10
Acting Assistant Attorney General
SETH M. BARSKY, Chief
11
MEREDITH L. FLAX, Assistant Chief

12
 */s/ Taylor A. Mayhall*
Taylor A. Mayhall, Trial Attorney
13
MN Bar No. 0400172
United States Department of Justice
14
Environment & Natural Resources Division
15
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
16
Washington, D.C. 20044-7611
Telephone: (202) 598-3796
17
Facsimile: (202) 305-0275
Email: taylor.mayhall@usdoj.gov
18

19
*Attorneys for Defendants*

20

21

22

23

24

25

26

27

Joint Stip. Regarding Attorneys' Fees and Costs                                          4
*Center for Biological Diversity v. Haaland*, 4:18-cv-00404-TUC-JGZ